**Order entered March 9, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01392-CV

### K.W. MINISTRIES, INC., Appellant

### V.

### AUCTION CREDIT ENTERPRISES, LLC, Appellee

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-14570**

## ORDER

We **GRANT** appellant's March 5, 2015 motion for an extension of time to file a brief.

We **ORDER** the brief tendered to this Court by appellant on February 21, 2015 filed as of the

date of this order. Appellee's brief is due thirty days from the date of this order.

/s/     ELIZABETH LANG-MIERS
           JUSTICE